UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEIKOFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARAMOUNT PICTURES CORPORATION,<br><br>　　　　Defendant. | 15-cv-00068-VC<br><br>**JUDGMENT** |

　　The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 25, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge